UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                                          :
DOLAN, et al.,                                            :
                                                          :        ORDER
              Plaintiffs,                                 :        08-CV-00466 (JFB)(WDW)
                                                          :
              – against –                                 :
                                                          :
                                                          :        **F I L E D**
FIDELITY NATIONAL TITLE INSURANCE CO.,:                            IN CLERK'S OFFICE
et al.,                                                   :        U.S. DISTRICT COURT E.D.N.Y.
                                                          :
              Defendants.                                 :        ★   FEB 2 1 2008   ★
                                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                                                  LONG ISLAND OFFICE

JOSEPH F. BIANCO, District Judge:

              I recuse myself pursuant to 28 U.S.C. § 455.

                                        SO ORDERED.


                                        _____
                                        JOSEPH F. BIANCO
                                        UNITED STATES DISTRICT JUDGE


Dated:        February 21, 2008
              Central Islip, New York