Law Offices of
# Cooper Ridge & Lantinberg
Baywater Square Building
136 East Bay Street
Suite 301
Jacksonville, Florida 32202

William G. Cooper
George E. Ridge
Richard J. Lantinberg
Tiffiny Douglas Safi

Telephone
(904) 353-6555
Facsimile
(904) 353-7550
E-Mail Address
gridge@attorneyjax.com

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ APR 14 2008 ★
BROOKLYN OFFICE

April 11, 2008

**VIA FEDERAL EXPRESS**

Clerk of the Panel
Judicial Panel on Multi-District Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.
Room G-255, North Lobby
Washington, D.C. 20002-8004

   Re: Title Insurance Real Estate Settlement Procedures Act
     (RESPA) and Antitrust Litigation: MDL No. 1951
     <u>Castro v. Chicago Title Insurance Co., Our Matter No. 08028</u>

Dear Clerk of the Panel:

  We write on behalf of our client, Lourdes Castro.

  Pursuant to Rules 5.12, 5.13 and 7.2(c), Rules of Procedure of the Judicial Panel on Multi-District Litigation, please find enclosed one original, four paper copies, and one electronic copy on a computer-readable disk of: (1) Plaintiff, Lourdes Castro's Memorandum of Law in Response to Plaintiffs, Gerry Galiano, Gary Kromer, Monique Kromer, Joseph Ammirati, Michelle Ammirati and Susan Marotta's Motion for Transfer of Actions to Southern District of New York Pursuant to 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceedings; and (2) Certificate of Service on April 11, 2008.

              Respectfully submitted,

              */s/ George Ridge*
              George E. Ridge

GER:tds
Enclosures

J:\CRB\08028\MDL Letter.wpd

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

---------------------------------------------------------------X
                                                               :
IN RE TITLE INSURANCE REAL ESTATE                              :
SETTLEMENT PROCEDURES ACT                                      :     MDL Docket No. 1951
(RESPA) AND ANTITRUST LITIGATION                               :
                                                               :
---------------------------------------------------------------X

### PLAINTIFF, LOURDES CASTRO'S MEMORANDUM OF LAW IN RESPONSE TO PLAINTIFFS, GERRY GALIANO, GARY KROMER, MONIQUE KROMER, JOSEPH AMMIRATI, MICHELLE AMMIRATI, AND SUSAN MAROTTA MOTION FOR TRANSFER OF ACTIONS TO THE SOUTHERN DISTRICT OF NEW YORK FOR COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS

Plaintiff, Lourdes Castro ("Castro"),[1] hereby respectfully submits this Memorandum of Law in Response to Plaintiffs, Gerry Galiano, Gary Kromer, Monique Kromer, Joseph Ammirati, Michelle Ammirati and Susan Marotta's (collectively "Galiano") Motion for Transfer of Actions to Southern District of New York Pursuant to 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceedings. Castro adopts and incorporates the arguments contained in Plaintiff, Lucien Gougeon's ("Gougeon") Response and Memorandum of Law submitted to the Panel on April 11, 2008 as fully set forth herein.

---

[1] On April 3, 2008, Plaintiff Lourdes Castro, a resident of Norfolk County, Massachusetts, filed an action in the United States District Court for the Middle District of Florida, styled Castro v. Chicago Title Insurance Co., Case No. 3:08-cv-336-J-16TEM.

Castro requests that the Judicial Panel on Multi-District Litigation ("Panel") deny Galiano's motion to transfer all related matters to the United States District Court for the Southern District of New York (S.D.N.Y.), and instead issue an Order transferring all related matters to the United States District Court for the Middle District of Florida, Jacksonville Division.

The Fidelity family of title insurance companies (collectively, "Fidelity") include Defendants Fidelity National Finance, Inc. ("Fidelity National"), and its wholly-owned subsidiaries, Chicago Title Insurance Company ("Chicago Title"), Fidelity National Title Insurance Company ("Fidelity Title"), and Ticor Title Insurance Company ("Ticor Title"), all of which are corporations headquartered and maintaining the principal place of business in Jacksonville, Florida. The Fidelity Defendants and their affiliates sell title insurance to purchasers of commercial and residential real estate throughout the United States, including Alabama, Arkansas, California, Georgia, Illinois, Indiana, Massachusetts, Mississippi, New York, Oklahoma, Pennsylvania, Virginia, West Virginia and the District of Columbia. Nationally, Fidelity accounts for the underwriting of approximately 27 percent of title insurance policies, which in 2006, amounted to roughly $4.6 billion in premiums.

The Fidelity Defendants account for four of the twelve named Defendants in the Castro v. Chicago Title Insurance Company litigation. The Fidelity Defendants set and controlled title insurance rates from their offices in Jacksonville, Florida, which are the hub of Fidelity's nationwide network of direct operations and agents. Accordingly, it is respectfully submitted that the Middle District of Florida is the most appropriate forum for the consolidated and coordinated pretrial proceedings of all related actions in this matter. In summary:

- A significant portion of the acts charged in the subject complaints occurred in Jacksonville, Florida;

- Discovery efforts directed to approximately one-third of the Defendants named in these actions, such as document production and depositions, will be directed to Jacksonville, Florida;

- The Middle District of Florida, Jacksonville Division, is easily utilized as a MDL transferree forum with few currently pending MDL cases and sufficient judicial resources to support such litigation.

**WHEREFORE**, Plaintiff Lourdes Castro respectfully requests that the Panel enter an Order denying Plaintiffs Gerry Galiano, Gary Kromer, Monique Kromer, Joseph Ammirati, Michelle Ammirati and Susan Marotta's Motion for Transfer of Actions to Southern District of New York, and instead transferring all actions related to this matter to the United States District Court for the Middle District of Florida, Jacksonville Division, for consolidated or coordinated proceedings.

Dated: April 11, 2008
Jacksonville, Florida

COOPER, RIDGE AND LANTINBERG, P.A.

_____
George E. Ridge, Esquire
Florida Bar No. 226701
Tiffiny Douglas Safi, Esquire
Florida Bar No. 682101
Baywater Square Building
136 East Bay Street
Suite 301
Jacksonville, Florida 32202
(904) 353-6555
(904) 353-7550 (facsimile)
gridge@attorneyjax.com
tsafi@attorneyjax.com

**Counsel for Plaintiff Lourdes Castro**

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

---------------------------------------------------------------X
                                                               :
IN RE TITLE INSURANCE REAL ESTATE                              :
SETTLEMENT PROCEDURES ACT                                      :   MDL Docket No. 1951
(RESPA) AND ANTITRUST LITIGATION                               :
                                                               :
---------------------------------------------------------------X

**CERTIFICATE OF SERVICE**

I, George E. Ridge, hereby certify that the following document:

1. Plaintiff, Lourdes Castro's Memorandum of Law in Response to Plaintiffs, Gerry Galiano, Gary Kromer, Monique Kromer, Joseph Ammirati, Michelle Ammirati and Susan Marotta's Motion for Transfer of Actions to the Southern District of New York for Coordinated or Consolidated Pretrial Proceedings

has been sent via first class mail to the following:

American Guaranty Title Insurance Co.
331 West Highway 6, Suite A
Waco, TX 76710

Steve W. Berman, Esquire
Hagens, Berman, Sobol & Shapiro, LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101

*Counsel for Lynn Barton, Lisa Gentilcore, Timothy Lubic, Dawn T. Sorensen*

Anthony J. Bolognese, Esquire
Bolognese & Associates, LLC
Two Penn Center Plaza
1500 JFK Boulevard, Suite 320
Philadelphia, PA 19102

*Counsel for Marc Waterman*

Louis F. Burke, Esquire
Louis F. Burke, PC
460 Park Avenue, 21st Floor
New York, NY 10022

*Counsel for Rosa Leyden Rovelo*

Bruce K. Cohen, Esquire
Meredith, Cohen, Greenfogel & Skirnick, P.C.
1521 Locus Street, 8th floor
Philadelphia, PA 19102

*Counsel for Barbara B. Holt*

Carolyn H. Feeney, Esquire
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2802

*Counsel for Title Insurance Rating Bureau of Pennsylvania*

Natalie Bennet Finkelman, Esquire
Shepherd, Finkelman, Miller & Shah, LLC
35 East State Street
Media, PA 19063

*Counsel for Tuttnauer USA Co., Ltd.*

David M. Foster, Esquire
Fulbright & Jaworski, LLP
801 Pennsylvania Avenue, N.W.
Washington, DC 20004

*Counsel for Monroe Title Insurance Corp., National Land Title Insurance Co., Stewart Information Services Corp., Stewart Title Guaranty Co., Stewart Title Insurance Co.*

Steven J. Greenfogel, Esquire
Meredith, Cohen, Greenfogel & Skirnick, P.C.
1521 Locust Street, 8th floor
Philadelphia, PA 19102

*Counsel for Sean L. Suarez*

2

John A. Herfort, Esquire
Gibson, Dunn & Crutcher, LLP
200 Park Avenue
New York, NY 10166

*Counsel for Title Insurance Rate Service Association, Inc.*

Alice McInerney, Esquire
Kirby McInerney, LLP
830 Third Avenue, 10th Floor
New York, NY 10022

*Counsel for Joseph Ragusa and Kristen Ragusa*

Joel C. Meredith, Esquire
Meredith, Cohen Greenfogel & Skirnick, P.C.
1521 Locus Street, 8th Floor
Philadelphia, PA 19102

*Counsel for Lenny Gonzalez and Maria Elena Ochoa*

Allen Marvin Miller, Esquire
Miller Law LLC
115 South LaSalle Street, Suite 2910
Chicago, IL 60603

*Counsel for Marshall Cook*

National Title Insurance of New York, Inc.
c/o Fidelity National Financial, Inc.
601 Riverside Avenue
Jacksonville, FL 32204

Old Republic International Corp.
307 North Michigan Avenue
Chicago, IL 60601

Old Republic National Title Insurance Co.
400 Second Avenue South
Minneapolis, MN 55401-2499

3

Barry R. Ostrager, Esquire
Simpson, Thacher & Bartlett
425 Lexington Avenue
New York, NY 10017

*Counsel for Chicago Title & Trust Co., Chicago Title Insurance Co., Fidelity National Finance, Inc., Fidelity National Financial, Inc., Fidelity National Title Group, Inc., Fidelity National Title Insurance Co., Security Union Title Insurance CO., Ticor Title Insurance Co., Ticor Title Insurance Co, of Florida*

Elizabeth C. Pritzker, Esquire
Girard Gibbs, LLP
601 California Street, Suite 1400
San Francisco, CA 94108

*Attorney for Lawrence Fisher*

Douglas J. Richards, Esquire
Pomerantz, Haudek, Block, Grossman & Gross, LLP
100 Park Avenue, 26th Floor
New York, NY 10017-5516

*Counsel for Alex Wintner*

Hollis L. Salzman, Esquire
Labaton Sucharow, LLP
140 Broadway, 33rd Floor
New York, NY 10005

*Counsel for MBSF Alabama LLC*

Gordon Schnell, Esquire
Constantine Cannon, LLP
450 Lexington Avenue, 17th floor
New York, NY 10017

*Counsel for Brendan Dolan, Brian McHale, Thomas Perry, Jonathan Rapaport*

James I. Serota, Esquire
Greenberg Traurig, LLP
200 Park Avenue
New York, NY 10166

*Counsel for Censtar Title Insurance Co., First American Corp., First American Title Insurance Co., First American Title Insurance Co., of New York, Pacific Northwest Title Insurance Co., Inc., T.A. Title Insurance Co., United General Title Insurance Co.*

Robert A. Skirnick, Esquire
Meredith, Cohen Greenfogel & Skirnick, P.C.
One Liberty Plaza, 35th floor
New York, NY 10006

*Counsel for Rigoberto Capellan, Valerio Gonzalez*

Eugene A. Spector, Esquire
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103

*Counsel for Douglas Brown, Rebecca Brown*

Lee Squitieri, Esuqire
Squitieri & Fearon, LLP
32 East 57th Street, 12th Floor
New York, NY 10022
T: 212.421.6492

*Counsel for Peter Miley*

Peter D. St. Phillip, Jr., Esquire
Lowey Dannenberg Cohen & Hart, P.C.
One North Broadway, Suite 509
White Plains, NY 10601-2310

*Counsel for Joseph Ammirati, Michelle Ammirati, Gerry Galiano, Gary Kromer, Monique Kromer, Susan M. Marotta*

Phillip E. Stano, Esquire
Sutherland, Asbhill & Brennan, LLP
1275 Pennsylvania Avenue, NW
Washington, DC 20004-2415

*Counsel for Commonwealth Land Title Insurance Co., LandAmerica Financial Group, Inc., Lawyers Title Insurance Corp., Transnation Title Insurance Co.,*

Joseph S. Tusa, Esquire
Whalen & Tusa, P.C.
33 West 19th Street, 4th Floor
New York, NY 10011

*Counsel for Vincent Trulli, Jr.*

5

Antonio Vozzolo, Esquire
Faruqi & Faruqi
369 Lexington Avenue, 10th Floor
New York, NY 10017

*Counsel for Michael Martinucci*

Clerk of the Court
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Clerk of the Court
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Clerk of the Court
United States District Court
District of Massachusetts
John Joseph Moakley
U.S. Courthouse
One Courthouse Way, Suite 2300
Boston, MA 02210

Office of the Clerk of Court
Untied States District Court
Eastern District of Pennsylvania
2609 James A. Byrne
United States Courthouse
601 Market Street
Philadelphia, PA 19106-1797

Clerk of the Court
United States District Court
Northern District of California
Phillip Burton United States Courthouse
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

Clerk of the Court
United States District Court
Middle District of Florida
300 North Hogan Street, Suite 9-150
Jacksonville, FL 32202

Clerk of the Court
United States District Court
Middle District of Florida
80 North Hughey Avenue
Orlando, FL 32801

Dated: April 11, 2008
      Jacksonville, Florida                COOPER, RIDGE AND LANTINBERG, P.A.

/s/ George E. Ridge
George E. Ridge, Esquire
Florida Bar No. 226701
Tiffiny Douglas Safi, Esquire
Florida Bar No. 682101
Baywater Square Building
136 East Bay Street
Suite 301
Jacksonville, Florida 32202
(904) 353-6555
(904) 353-7550 (facsimile)
gridge@attorneyjax.com
tsafi@attorneyjax.com

**Counsel for Plaintiff Lourdes Castro**

7