SIMPSON THACHER & BARTLETT LLP

425 LEXINGTON AVENUE
NEW YORK, N.Y. 10017-3954
(212) 455-2000

---

FACSIMILE (212) 455-2502

DIRECT DIAL NUMBER
(212) 455-2655

E-MAIL ADDRESS
bostrager@stblaw.com

VIA ECF                                             October 4, 2010

Re:  *Dolan, et al. v. Fidelity National Title Ins. Co., et al.*,
     No. 08 Civ. 466 (TCP)(WDW)

The Honorable Thomas C. Platt
United States District Court
Eastern District of New York
Long Island Courthouse
1044 Federal Plaza, P.O. Box 9014
Central Islip, New York 11722-9014

Dear Judge Platt:

      We write to inform the Court that on October 4, 2010, the United States Supreme Court denied plaintiffs' petition for a writ of certiorari seeking review of the Second Circuit's affirmance of Your Honor's June 17, 2009 Memorandum and Order dismissing the complaint in the above-referenced action with prejudice.

Respectfully submitted,

Barry R. Ostrager

Enclosure

cc:   Interim Lead Counsel (*via ECF*)